IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHICO ROMERO WATTS,

    Petitioner,               No. CIV S-10-0277 WBS GGH P

    vs.

D. ADAMS, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 6, 2010, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Even though the magistrate judge recommended that petitioners motion to stay be granted, petitioner filed objections to the findings and recommendations. At this point, the court is at a loss to figure out just what it is that petitioner wants the court to do, but this may be explained by the fact that he is suffering from a mental illness.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

1  304, this court has conducted a de novo review of this case.  Having carefully reviewed the
2  entire file, the court finds the findings and recommendations to be supported by the record and
3  by proper analysis.

5          Accordingly, IT IS HEREBY ORDERED that:
6          1.  The findings and recommendations filed April 6, 2010, are adopted in full; and
7          2.  Petitioner's March 11, 2010 motion to stay (Docket No. 10) based on
8  King/Kelly is granted and this action is administratively stayed.
9  DATED:  May 5, 2010

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

15  /watt0277.804hc