IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHICO ROMERO WATTS,

    Petitioner,                      No. CIV S-10-0277 WBS GGH P

    vs.

D. ADAMS, et al.,                     <u>ORDER</u>

    Respondents.

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 6, 2010, the undersigned recommended that petitioner's motion for a stay be granted, which was adopted on May 5, 2010. On April 16, 2010, petitioner filed a motion seeking court action to obtain his legal materials as his legal materials were still in Corcoran State Prison but petitioner was apparently recently moved to California Medical Facility. An administrative appeal that petitioner has attached indicates that prison staff are in the process of having petitioner's materials sent to California Medical Facility, so there is not an issue of the materials being improperly confiscated. It is not clear what the court can accomplish, as prison officials are in the process of having the materials sent to plaintiff. To the extent plaintiff states in his administrative appeal, that he has to respond to an order show cause, there is no such order in this case as the instant action is stayed. Petitioner's motion is denied without prejudice.

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion to obtain his
2  legal materials (Doc. 15) is denied without prejudice.
3  DATED: June 18, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
watt277.ord